IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PATRICIA D. BACHHOFER, an Individual, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. CIV-04-969-F ) |
| G. PAUL KULA, M.D., an Individual, | ) ) ) |
| Defendant. | ) |

## **PLAINTIFF'S PRELIMINARY EXHIBITS**

1. November 26, 2000, Motel 6-Ardmore room receipt to Patricia Bachhofer

2. December 1, 2000, Motel 6-Ardmore room receipt to Patricia Bachhofer

3. December 22, 2000, Days Inn-Ardmore room receipt to Patricia Bachhofer

4. January 3, 2001, Motel 6-Ardmore room receipt to Patricia Bachhofer

5. January 15, 2001, Motel 6-Ardmore room receipt to Patricia Bachhofer

6. Bill from Sprint for Dr. Kula's cell phone from November 22, 2000, through January 17, 2001

7. Dr. Kula's desk calendar for November 27-December 1, 2000, December 18-22, 2000, January 1-5, 2001, and January 15-19, 2001

8. May 8, 1987, Final Order from Oklahoma State Board of Medical Examiners placing Dr. Kula on probation for three (3) years, beginning May 2, 1987, for engaging in a sexual relationship with a patient at the same time he was maintaining a doctor/patient relationship and prescribing medication for the patient

9. January 28, 1988, Final Order ending Dr. Kula's probation two (2) years early

10. November 15, 2001, Final Order of Suspension from the Oklahoma State Board of Medical Licensure and Supervision again suspending Dr. Kula's medical license for repeatedly engaging in sexual relations with patients

11. Principles of Medical Ethics Applicable to Psychiatry

12. Excerpts from Dr. Kula's medical records on Patricia

     Bachhofer

13. Excerpts of Patricia Bachhofer's medical records from Donna Hill, D.O.

14. Plaintiff's medical bills

15. Any exhibits identified during discovery

16. Any exhibits listed by Defendant and not objected to by Plaintiff.

 

                                      s/Charles J. Watts
Charles J. Watts (OBA #9403)
Dixie L. Coffey (OBA #11876)
SMITH, SHEW, SCRIVNER, CORBIN
  & WATTS
1001 N.W. 63rd Street, Suite 101
Oklahoma City, OK  73116
Telephone: (405) 842-5022
Facsimile: (405) 842-4993

and

Michael G. Smith (OBA #8389)
SMITH, SHEW, SCRIVNER, CORBIN
& WATTS, P.C.
120 East 14th Street
P.O. Box 1373
Ada, OK 74821-1373
Telephone: (580) 332-9033
Facsimile: (580) 332-9291
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

     I hereby certify that on January 10, 2005, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Stephen Peterson  
Michael S. McMillin  
FENTON, FENTON, SMITH, RENEAU &  
  MOON  
211 N. Robinson, Suite 800N  
Oklahoma City, OK 73102-7106  
Telephone: (405) 235-4671  
Facsimile: (405) 235-5247  
ATTORNEYS FOR DEFENDANT

                         s/Charles J. Watts  
                            Charles J. Watts