**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| Î PATRICIA D. BACHHOFER, an Individual, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-04-969-F |
| Î G. PAUL KULA, M.D., an Individual, | ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFFS' PRELIMINARY WITNESS LIST**

| | Name and Address | Proposed Testimony |
|---|---|---|
| 1. | Gary Bachhofer<br>2105 D. Bloomer Road<br>Marietta, OK 73448 | Will testify to effects of Dr. Kula's actions on Patricia Bachhofer and family. |
| 2. | Patricia Bachhofer<br>2105 D. Bloomer Road<br>Marietta, OK 73448 | (Deposed) Will testify to facts in Plaintiffs' Complaint |
| 3. | Anna Bursen, M.D.<br>1104 Walnut Drive<br>Ardmore, OK 73401 | Patricia Bachhofer's treating physician will testify to her treatment of and opinions about Mrs. Bachhofer. |
| 4. | Kasy Fincher<br>P.O. Box 2<br>Overbrook, OK 73453 | May testify to Drf Kula's pattern of sexual harassment. |
| 5. | Judy Holden<br>Route 4, Box 194<br>Lindsay, OK 73052 | Will testify to effects of Dr. Kula's actions on Patricia Bachhofer. |
| 6. | G. Paul Kula, M.D.<br>332 Collier Drive<br>Norman, OK 73069 | (Deposed) Dr. Kula denies having a sexual relation-Ship with his patient. |
| 7. | Twila McAnally<br>Route 1, Box 299<br>Marietta, OK 73448 | Will testify to facts and circumstances surrounding Plaintiff's dealings with Dr. Kula and effects of Dr. Kula's actions on Patricia Bachhofer. |
| 8. | Sharon Parker | Will testify to Dr. |

|  |  |  |
|---|---|---|
|  | c/o Norman Regional Hospital<br>Norman, OK | Kula's attitudes toward women and misogynist characteristics. |
| 9. | Jeffrey A. Rother, M.D.<br>1221 G. Street, N.W.<br>Ardmore, OK 73401 | Patricia Bachhofer's treating physician will testify to his treatment of and opinions about Mrs. Bachhofer. |
| 10. | Steve Washburn<br>Investigator<br>State of Oklahoma Board<br>  Of Medical Licensure<br>5104 N. Francis, Suite C<br>Oklahoma City, OK 73118-6020 | Will testify to his investigation of Plaintiff's allegations as to Dr. Kula. |
| 11. | Lisa Whertvine<br>DAI<br>301 W. Main, Suite 324<br>Ardmore, OK 73401 | Patricia Bachhofer's counselor will testify to treatment of and opinions about Mrs. Bachhofer |

s/Charles J. Watts
Charles J. Watts (OBA #9403)
SMITH, SHEW, SCRIVNER, CORBIN
  & WATTS, P.C.
6520 North Western Avenue
Suite 300
Oklahoma City, OK  73116
Telephone: (405) 842-5022
Facsimile: (405) 840-9890

and

Michael G. Smith (OBA #8389)
SMITH, SHEW, SCRIVNER, CORBIN
  & WATTS, P.C.
120 East 14th Street
P.O. Box 1373
Ada, OK 74821-1373
Telephone: (580) 332-9033
Facsimile: (580) 332-9291
ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 10, 2005, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Stephen Peterson  
Michael S. McMillin  
FENTON, FENTON, SMITH, RENEAU &  
  MOON  
211 N. Robinson, Suite 800N  
Oklahoma City, OK 73102-7106  
Telephone: (405) 235-4671  
Facsimile: (405) 235-5247  
ATTORNEYS FOR DEFENDANT

                                      s/Charles J. Watts  
                                         Charles J. Watts