## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) PATRICIA D. BACHHOFER, an Individual, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Case No. CIV-04-969-F |
| (1) G. PAUL KULA, M.D., an Individual, ) ) ) | |
| Defendant. ) | |

### DEFENDANT'S FINAL LIST OF EXPERTS

Defendant, G. Paul Kula, M.D., submits the following final list of experts:

| 1. | G. Paul Kula, M.D.<br>Abilene, Texas | Deposed |
|---|---|---|
| 2. | A. W. Rousseau, M.D.<br>4205 McAuley Blvd., Suite 480<br>Oklahoma City, Oklahoma 73120 | Dr. Rousseau is a psychiatrist who may testify concerning his assessment and evaluation of Patricia Bachhofer and her claims against Dr. Kula. Dr. Rousseau's medical evaluation of Patricia Bachhofer is presently scheduled for January 25, 2005. His report will be provided after his evaluation is completed. |
| 3. | Joseph Ruffin, M.D.<br>400 N.W. 16th<br>Oklahoma City, Oklahoma 73103 | Dr. Ruffin is a psychiatrist who may testify concerning his assessment and evaluation of plaintiff's claims against Dr. Kula. Dr. Ruffin has not been retained or specially employed as an expert in this case, however he did testify in the medical licensure hearing involving Dr. Kula. It is anticipated that his testimony would be consistent with his testimony in the medical licensure hearing. |

| 4. | Scott Stacey, Psy.D.<br>1201 Wakarusa, Suite A-4<br>Lawrence, Kansas   66049 | Dr. Stacey is a clinical psychologist who may testify concerning his prior assessment of Dr. Kula and his assessment of plaintiff's claims against Dr. Kula.  Dr. Stacey has not been retained or specially employed as an expert in this case. |
| --- | --- | --- |
| 5. | Elizabeth A. Wallace, M.D.<br>Current address unknown at present time | Dr. Wallace is a psychiatrist who may testify concerning her prior assessment of Dr. Kula and her assessment of plaintiff's claims against Dr. Kula.  Dr. Wallace has not been retained or specially employed as an expert in this case. |

 s/Michael S. McMillin
STEPHEN PETERSON     OBA No. 7085
MICHAEL S. McMILLIN     OBA No. 12404
FENTON, FENTON, SMITH, RENEAU & MOON
211 North Robinson Avenue - Suite 800N
Oklahoma City, Oklahoma   73102-7106
Telephone:  405/235-4671
Facsimile:  405/235-5247
E-Mail Addresses for Service:
sbpeterson@fentonlaw.com
msmcmillin@fentonlaw.com

ATTORNEYS FOR DEFENDANT,
G. PAUL KULA, M.D.

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on the 10th day of January, 2005, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Michael G. Smith      OBA #8389
SMITH, SHEW, SCRIVNER, CORBIN & WATTS, P.C.
120 East 14th Street
Post Office Box 1373
Ada, Oklahoma  74821-1373
Telephone:  580/332-9033
Facsimile:  580/332-9291
E-Mail Address for Service:
sscw@cableone.net

ATTORNEY FOR PLAINTIFF

Dixie L. Coffey      OBA #11876
Charles J. Watts      OBA #9403
SMITH, SHEW, SCRIVNER, CORBIN & WATTS, P.C.
1001 N.W. 63rd Street - Suite 101
Oklahoma City, Oklahoma 73116
Telephone: 405/842-5022
Facsimile: 405/842-4993
E-Mail Addresses for Service:
dixielcoffey@aol.com
cjwattslaw@yahoo.com

ATTORNEYS FOR PLAINTIFF.

 s/Michael S. McMillin
STEPHEN PETERSON/MICHAEL S. McMILLIN

N:\SSP\BACHHOFER\PLEADINGS\FINAL LIST EXPERTS.wpd

3