PATRICIA BACHHOFER
PATRICIA BACHHOFER v. G. PAUL KULA, M.D.

Page 1

1        IN THE UNITED STATES DISTRICT COURT

2        FOR THE WESTERN DISTRICT OF OKLAHOMA

3    PATRICIA D. BACHHOFER,            )
     an individual,                    )
4                                      )
              Plaintiff,               )
5                                      )
     -vs-                              )  NO. CIV-04-969-F
6                                      )
     G. PAUL KULA, M.D.,               )
7    an individual,                    )
                                       )
8             Defendant.               )

9

10

11

12

13       DEPOSITION OF PATRICIA DARLENE BACHHOFER

14

15       TAKEN ON BEHALF OF THE DEFENDANT

16       IN OKLAHOMA CITY, OKLAHOMA

17

18       ON DECEMBER 1, 2004

19

20                    COPY

21

22

23            CITY REPORTERS, INC.
          117 PARK AVENUE, FIRST FLOOR
24        OKLAHOMA CITY, OKLAHOMA   73102
                 (405) 235-3376

25    REPORTED BY:  CYNDI WHITE LARIMER, CSR

**EXHIBIT "2"**

Page 40

1  injury?

2       A    Yes, sir.

3       Q    What injury did he have?

4       A    He lost part of a finger and he hurt his

5  knee.

6       Q    So you have no idea why he gets a Social

7  Security disability check?

8       A    It's the same reason.

9       Q    Same injuries?

10      A    Yes.

11      Q    Okay.  His knee and his finger?

12      A    Well, his knee.

13           MR. SMITH:  While we have no question on

14  the table, could we take a break?  She's been going an

15  hour.

16           MR. McMILLIN:  Certainly.

17           (Short break)

18      Q    (By Mr. McMillin)  You mentioned that

19  Dr. Carnahan referred you to Dr. Kula.  And it looked

20  like, from looking at the records, that you first saw

21  Dr. Kula on June 6th of 2000.

22           Does that sound accurate?

23      A    Yes, sir.

24      Q    Okay.  Did Dr. Carnahan tell you that Dr.

25  Kula was a psychiatrist?

Page 41

1      A     Yes, sir.

2      Q     Did you know anything else about Dr. Kula

3  before you went and saw him as a patient?

4      A     No, sir.

5      Q     Had you talked to anybody -- anybody else

6  about Dr. Kula before you went and saw him as a

7  patient?

8      A     No, sir.

9      Q     Hadn't done any research about him or

10 anything like that?

11     A     No, sir.

12     Q     Had you ever seen a psychiatrist before going

13 to see Dr. Kula?

14     A     No, sir.

15     Q     Have you ever been treated by a psychologist

16 before seeing Dr. Kula?

17     A     Not that I recollect.

18     Q     I think his records actually show June 7th.

19 I don't know if I said June 6th, but...

20           Did you ever talk to Dr. Kula about his

21 diagnoses after you initially saw him?

22     A     No, sir.

23     Q     Did he tell you --

24           MR. SMITH:  I'm a little confused by that

25 question, Mike.  Do you mean at that first session or

Page 42

1    anytime thereafter?

2              MR. McMILLIN:   Yeah.   I'll be more

3.   specific.

4         Q    (By Mr. McMillin)   During the first or second

5    session, did Dr. Kula ever discuss with you what his

6    assessment was, what his diagnosis was of what your

7    problems were?

8         A    No, sir.

9         Q    What was your understanding as to -- for what

10   reasons you were seeing Dr. Kula?

11        A    Anxiety, depression, stress disorder, OCD,

12   anxiety.

13        Q    And who first diagnosed you with OCD?

14        A    Suzanne Fife.

15        Q    And what is OCD?

16        A    Obsessive-compulsive disorder.

17        Q    And what were your symptoms of having OCD?

18        A    I would wash my hands a lot until they were

19   raw.   I would worry until my head hurt really bad,

20   double-check things, stove, iron, that sort of thing.

21        Q    And what problems did you have with anxiety?

22        A    Can you be more specific?

23        Q    Sure.

24             You said, you know, during the time frame

25   that you first started going to see Dr. Kula, that you

PATRICIA BACHHOFER
PATRICIA BACHHOFER v. G. PAUL KULA, M.D.

Page 43

1   were suffering from anxiety.  Can you just give me some

2   types of examples of what problems you were having?

3       A    I would get anxious and my heart would beat

4   fast, and I would shake on the inside, any kind of

5   stressful situation.

6       Q    Did you have anxiety being out in public

7   places or being around other people, things like that?

8       A    Yes, sir.

9       Q    And how long had you been having that type of

10  anxiety?

11      A    Quite a long time.

12      Q    Okay.  Does that still bother you, to be out

13  in public places with social interaction with others?

14  Do you still have that type of anxiety?

15      A    Yes, I do.

16      Q    And you said you were suffering from

17  depression.

18           How did the depression manifest itself?

19      A    Can you explain?

20      Q    Sure.

21           What symptoms of depression were you having?

22  Did you just feel sad?  Or just kind of tell me how you

23  felt.

24      A    Okay.  I would feel sad, cry a lot, very

25  emotional.

Page 44

```
 1        Q    Do you still consider yourself to be
 2   suffering from depression?
 3        A    Yes, sir.
 4        Q    And is that depression that you were
 5   suffering when you initially went to see Dr. Kula, how
 6   long had you been suffering from that type of
 7   depression?
 8        A    For a while.
 9        Q    Several years?
10        A    I can't give you a specific time.
11        Q    Several years?
12        A    Yes, sir.
13        Q    When you had panic attacks, what would that
14   be like?
15        A    I would feel like I wanted to just run.  I
16   would be sitting somewhere and I would just want to run
17   as fast as I could to get away from it.
18        Q    Do you still have panic attacks?
19        A    Not as bad as I did.
20        Q    And is that because of the medication you're
21   taking?  The Klonopin helps with the panic attacks?
22        A    It's because I stay home.
23        Q    Does the medication, Klonopin, help you with
24   the panic attacks?
25        A    Yes, sir.
```

Page 45

1      Q    And you say you stay home.  What do you mean?

2  Do you not get out much?

3      A    No, sir.

4      Q    Now that you're not working, what do you do

5  to occupy your time?

6      A    I take care of my daughter the best I can, I

7  crochet, I sew, I work on my housework.

8      Q    Do you do the shopping?

9      A    Only if my husband goes with me.

10     Q    I guess your husband -- is he home during the

11  day as well?

12     A    Yes, sir.

13     Q    And your granddaughter's in school?

14     A    Yes, sir.

15          Excuse me.  That's my daughter.

16     Q    This initial visit with Dr. Kula on June 7th

17  of 2000, how long did that visit last?

18     A    I don't remember.

19     Q    You saw him in his office?

20     A    Yes, sir.

21     Q    Where was his office located?

22     A    In the Quentin Little building in Ardmore.

23     Q    Okay.  And on June 7th, when you initially

24  saw him, were there any other office employees working

25  that day?

PATRICIA BACHHOFER
PATRICIA BACHHOFER v. G. PAUL KULA, M.D.

Page 47

1    Q    You never talked to him?

2    A    No, sir.

3    Q    What about a Kasy Fincher?  Do you know her?

4    A    No, sir.

5    Q    Never talked to a Kasy Fincher?

6    A    No, sir.

7    Q    During the first session you had with Dr.

8    Kula on June 7th, 2000, tell me what you remember about

9    that session.

10    A    Just that he took a family and medical

11    history, is all I recollect.

12    Q    Okay.  And was Dr. Kula professional during

13    that initial session on June 7th of 2000?

14    A    Yes, sir.

15    Q    He always acted in a professional manner on

16    that visit?

17    A    Yes, sir.

18    Q    Anything inappropriate that occurred during

19    that initial visit on June 7th of 2000?

20    A    No, sir.

21    Q    Did he say he was going to prescribe some

22    medications for you after that initial visit?

23    A    Yes, sir.

24    Q    Okay.  What did he prescribe for you?

25    A    I remember Klonopin, Celexa, and Wellbutrin.

Page 48

1   Q    Okay.  We've talked about the Klonopin.

2       Did he tell you why he was prescribing that

3   for you?

4   A    No, sir.

5   Q    Was it your understanding he was prescribing

6   the Klonopin for the panic attacks?

7   A    Anxiety and depression.

8   Q    What about the Celexa?  Do you know why he

9   was -- Celexa?  Do you know why he prescribed that for

10  you?

11  A    No, sir.

12  Q    Was it your understanding that was for

13  anxiety and depression as well?

14  A    I took it that that's what it was.

15  Q    Had you taken Celexa before?

16  A    I don't recall.

17  Q    Had you taken Klonopin before?

18  A    No, sir.

19  Q    And then the Wellbutrin, what was that for?

20  A    It was supposed to raise my libido.

21  Q    Who told you that?

22  A    Dr. Kula.

23  Q    When did he tell you that Wellbutrin was

24  supposed to raise your libido?

25  A    I can't recall.  It's when he prescribed it

PATRICIA BACHHOFER

PATRICIA BACHHOFER v. G. PAUL KULA, M.D.

Page 49

1  for me.

2       Q    Had you expressed to him, on June 7th of

3  2000, you were having some type of problems with your

4  sexual desire or sexual relationship with your husband?

5       A    I don't recall if it was the first visit.  I

6  don't recall.

7       Q    Well, it looks like, from his records, that

8  he prescribed the Wellbutrin to you on the first visit.

9            Is that your recollection?

10      A    I don't recall.  I'm sorry.

11      Q    And his records say the purpose of the

12  Wellbutrin is to provide a mood-stabilizing type agent

13  and sort of the drug of choice for bipolar depression.

14           Did he tell you that's why he was providing

15  you with this Wellbutrin?

16      A    No, sir.

17      Q    Have you ever been told that Wellbutrin is a

18  mood-stabilizing drug?

19      A    No, sir.

20      Q    Do you still take that medication?

21      A    No, sir.

22      Q    When did you stop taking the Wellbutrin?

23      A    I don't recall.

24      Q    Has any other doctor ever prescribed that for

25  you, other than Dr. Kula?

Page 52

1      A     I don't recall.

2      Q     And did you take the medication as he had

3   prescribed you to take it?

4      A     Yes, sir.

5      Q     Okay.

6            It looks like the next time you went back and

7   saw him was on June 28th of 2000.

8            Does that sound right?

9      A     Yes, sir.

10     Q     Had you noticed any benefit from June 7th to

11  June 28th, from the medications?

12     A     The Klonopin made me calmer.  It was slowly

13  beginning to work.

14     Q     Are you able to distinguish -- since you were

15  taking three medications, and I think some others as

16  well, are you able to distinguish what effects each

17  medication has on you?

18     A     No, sir.

19     Q     You saw Dr. Kula in his office on June 28th,

20  2000?

21     A     Yes, sir.

22     Q     And what do you remember about that session?

23     A     Just that my birthday was on the 26th and we

24  discussed how I was feeling.  I had a bad birthday, so

25  I was kind of depressed.

Page 53

```
 1        Q     And I think I read somewhere that nobody
 2   remembered your birthday.
 3              Is that what you were depressed about?
 4        A     Yeah.
 5        Q     Okay.  What else do you remember about this
 6   June 28th visit?
 7        A     Just that when I got up and got ready to
 8   leave, he gave me a hug and I went out and paid and
 9   left.
10        Q     Okay.  And when you -- did you have to pay
11   each time you went to a visit with Dr. Kula?
12        A     Yes, sir.
13        Q     Did you pay by cash or check or credit card?
14        A     I don't remember.  I really don't.
15        Q     When you say Dr. Kula gave you a hug when you
16   were getting ready to leave, did you consider anything
17   inappropriate about the fact that he gave you a hug, or
18   did you just consider it he was trying to cheer you up,
19   be nice?
20        A     Just to cheer me up.  I didn't really think a
21   lot about it.
22        Q     Dr. Kula mentions in his records on June
23   28th, 2000, that -- he states, "I might mention,
24   though, since I saw her last, since we raised the issue
25   of bipolar disorder and treated her as much, she's done
```

Page 54

1    extremely well and everybody comments how much better

2    she's doing, and her longstanding problems with low

3    libido have been improved as well."

4          Do you agree with that statement, that people

5    were commenting that you were doing better and that

6    your low libido had improved as well?

7       A    I don't even recall.  I just don't recall.

8       Q    That's fine.  I don't expect you to remember

9    all this stuff.

10      A    Oh, okay.

11      Q    But I have to ask you, to see what you

12   remember.

13      A    Okay.

14      Q    So you don't know one way or the other

15   whether that's accurate or not?

16      A    No, I don't.

17      Q    He also states, "She's not having any more

18   panic attacks of any kind and her social anxiety has

19   calmed down quite a bit."

20          Do you agree with that?

21      A    I don't recall.

22      Q    He mentions that, "There's self-esteem issues

23   because she has not only conflicts with her parents,

24   but also with her husband over time, who has considered

25   divorcing her, and her three children."

PATRICIA BACHHOFER
PATRICIA BACHHOFER v. G. PAUL KULA, M.D.

Page 55

1          What conflict were you having with your

2    parents?

3      A    None.

4      Q    Have you had conflicts in the past with your

5    parents?

6      A    Not that I recall.  I mean, the usual, but...

7      Q    Do you get along well with your mom?

8      A    Yes, sir.

9      Q    How about with your father?

10     A    Oh, yeah.

11     Q    What about the statement about your husband,

12   who was considering divorce?  When was your husband

13   considering divorce?

14     A    It wasn't my husband.  It was me.

15     Q    Okay.  So when were you considering getting

16   divorced from your husband?

17     A    It was during this time.

18     Q    How long -- when did you first think about or

19   consider getting a divorce from your husband?

20     A    I don't recall.

21     Q    Let's put it in the time frame of -- this is

22   June of 2000, when you're seeing Dr. Kula.

23          How much before that time frame had you first

24   considered ever possibly leaving your husband or

25   divorcing him?

PATRICIA BACHHOFER
PATRICIA BACHHOFER v. G. PAUL KULA, M.D.

Page 58

1      Q    Why was she putting her child over the ledge?

2      A    I really don't know, except that she was

3  giving him a hair cut and he wouldn't sit still.

4           MR. McMILLIN:  Why don't we break right

5  here and go eat lunch and come back.

6           (Lunch recess)

7      Q    (By Mr. McMillin)  Okay.  Ms. Bachhofer,

8  before we broke for lunch, I think I was asking you

9  about this June 28th visit with Dr. Kula.

10          Was there anything inappropriate that Dr.

11 Kula did during this June 28th, 2000, visit?

12     A    I didn't feel like there was.

13     Q    Okay.  He was professional during the visit?

14     A    (Nods head)

15     Q    Is that yes?

16     A    Oh, yes.  I'm sorry.

17     Q    That's okay.

18          Looks like the next time you saw him,

19 according to Dr. Kula's records, is July 14th, 2000.

20          Does that sound about right?

21     A    I'm just really not good with dates.

22     Q    Okay.  If that's what his records show, you

23 don't dispute that, do you?

24     A    No, I don't.

25     Q    Okay.  Do you remember anything specifically

PATRICIA BACHHOFER
PATRICIA BACHHOFER v. G. PAUL KULA, M.D.

Page 61

1    sorry.

2         Q    Where does Kenneth Holden live?

3         A    Lindsay, Oklahoma.

4         Q    Is he married?

5         A    Yes, sir.

6         Q    And who is his wife?

7         A    Judy.

8         Q    Is Judy a friend of yours as well?

9         A    She's my best friend.

10        Q    Have you ever had any type of relationship

11   with anybody outside of your marriage, other than your

12   claims concerning Dr. Kula?

13             MR. WATTS:  Are you talking about a

14   romantic --

15             MR. McMILLIN:  Yes.

16             MR. WATTS:  -- an affair?

17             MR. McMILLIN:  Yes.

18             MR. WATTS:  Go ahead.

19        Q    (By Mr. McMillin)  Any type of romantic

20   relationship.

21        A    No, sir.

22        Q    Was there anything that you considered to be

23   inappropriate during your visit with Dr. Kula on July

24   14th, 2000?

25        A    Not that I recollect.

Page 62

1      Q     His conduct was professional during that

2   visit?

3      A     Yes.

4      Q     The next visit that I show you had with Dr.

5   Kula was on August 8th of 2000.

6            Does that sound right?

7      A     I just don't remember the dates of my

8   appointments.

9      Q     Okay.  He mentions in this August 8th note

10  that you've been working three different jobs in a

11  sense, working at the Greenville school system but

12  still doing part-time work elsewhere.

13           Were you working any other places?

14     A     Not that I remember.

15     Q     Have you ever worked part-time anywhere else

16  while you were working for the school system?

17     A     No, sir.  Not that I remember.

18     Q     He says you have responded well to your

19  medication.

20           Do you agree with that?

21     A     I'm sorry.  I just can't remember.

22     Q     And he mentions it might be worth considering

23  something like Topamax.

24           Did he ever prescribe Topamax for you?

25     A     Yes, sir.

PATRICIA BACHHOFER
PATRICIA BACHHOFER v. G. PAUL KULA, M.D.

Page 63

1     Q     What was that for?

2     A     I don't know.

3     Q     How long did you take Topamax?

4     A     Maybe three days, at the most.

5     Q     Did you have some type of adverse reaction to

6  that or --

7     A     Yes, sir.

8     Q     What reaction did you have?

9     A     I couldn't walk straight.  I was running into

10 walls and couldn't function.

11    Q     Okay.  So I take it you reported that to Dr.

12 Kula and he took you off that medication?

13    A     I reported it to J.R.

14    Q     Okay.  Did they tell you to quit taking the

15 medication?

16    A     Yes, sir.

17    Q     And did those problems go away then?

18    A     Yes, sir.

19    Q     Was there anything inappropriate that

20 happened during this August 8th, 2000, visit with Dr.

21 Kula?

22    A     Not that I remember.

23    Q     He acted in a professional manner during that

24 visit?

25    A     Yes.

Page 64

```
 1        Q    Next visit I see that you went to Dr. Kula

 2   was on August 22nd of 2000.  It says "We shortened this

 3   visit to a half-hour session."

 4             Do you remember that visit at all?

 5        A    No, I don't.  I'm sorry.

 6        Q    He says, "She is still kind of off to the

 7   races, looks very hypomanic, hypersexual, but it is not

 8   like she is really doing anything, just a lot of talk."

 9             Do you remember any discussions you had with

10   Dr. Kula --

11             MR. WATTS:  What's the date of that?

12             MR. McMILLIN:  August 22nd.

13        Q    (By Mr. McMillin)  -- on August 22nd, 2000,

14   about anything to do relating to sex or --

15        A    I don't remember.

16        Q    He states here, "She still complains about

17   wanting to have sex with other men, but that she is not

18   likely to do so because she would feel guilty."

19             Do you remember telling that to Dr. Kula,

20   that you were having thoughts about wanting to have sex

21   with other people?

22        A    No, sir, I don't.

23        Q    Did you ever tell him anything like that?

24        A    No, sir.

25        Q    Was there anything inappropriate that
```

Page 65

1    happened during this August 22nd, 2000, visit?

2        A    Not that I remember.

3        Q    The next visit that I show you had with Dr.

4    Kula was on September 15th of 2000.

5             Does that sound about right?

6        A    I'm sorry.  I just don't remember the dates.

7        Q    He says, "She's doing okay on the medication,

8    except she cannot take Topamax at all, too many side

9    effects, so we dropped it."

10            Does that sound about right?

11       A    Yes, sir.

12       Q    He states he gave you some samples of the

13   Celexa.

14            Do you remember him giving you samples of

15   that?

16       A    Yes, sir, he did.

17       Q    Did he give you samples of any other

18   medication?

19       A    No, sir.

20       Q    He states that you talked mostly about

21   options in life, whether to stay with your husband,

22   whether to get further education, whether to get

23   divorced, all these different things.

24            Do you remember talking about those types of

25   things with Dr. Kula?

Page 66

1       A     Yes, sir.

2             MR. SMITH:   Mike, while we have no

3   question on the table, could I meet with my co-counsel

4   and my client a moment?

5             MR. McMILLIN:   (Nods head)

6             MR. SMITH:   Thank you.

7             (Short break)

8       Q     (By Mr. McMillin)   On September 15th of 2000,

9   were you still considering whether you wanted to

10  divorce your husband?

11      A     Yes.

12      Q     Dr. Kula also mentions in this September

13  15th, 2000, note that you feel very confused, feels

14  like you've been tied down with children all your life,

15  and now you're tied down with a seven-year-old

16  grandchild.

17            Do you remember talking to Dr. Kula about

18  those types of things?

19      A     No, sir.

20      Q     Did you ever tell Dr. Kula that you felt like

21  you'd been tied down with children during your

22  lifetime?

23      A     I don't recall telling him that.

24      Q     Is it possible you did and you just don't

25  remember?

Page 68

1   insurance, and his counsel indicated -- his counsel

2   indicated to me that there was no insurance, and we

3   indicated, when we refiled it, that we would file

4   alternative causes of action, one in negligence and one

5   in intentional tort.

6           And we since have learned, through new

7   counsel, that Dr. Kula in fact was insured under a -- I

8   don't know whether it's a self-insurance program, but a

9   program with The Sisters of Mercy.

10          And so with that knowledge, then, we do

11  intend to dismiss the alternative cause of action for

12  willful and intentional and malicious infliction of

13  harm.  And counsel and I have agreed to do that by a

14  stipulation of dismissal.

15          Does that cover it?

16          MR. McMILLIN:  I think that will cover it.

17          (Off the record)

18  Q   (By Mr. McMillin)  Do you remember anything

19  else about this September 15th, 2000, office visit with

20  Dr. Kula?

21  A   Could you speak a little louder?

22  Q   Sure.

23          Do you remember anything else about what

24  happened during this September 15th, 2000, office visit

25  with Dr. Kula?

PATRICIA BACHHOFER
PATRICIA BACHHOFER v. G. PAUL KULA, M.D.

Page 69

1     A     Yes.  He kissed me before I left.

2     Q     On September 15th?

3     A     Yes.

4           And looking back, previously he had kissed

5     me, but I didn't feel it was inappropriate.

6     Q     When was the first time that Dr. Kula ever

7     kissed you?

8     A     I believe it was -- truly believe it was in

9     September that he started kissing me before I left the

10    office.

11    Q     Looks like September 15th was your first

12    visit to see him in September.

13    A     Okay.

14    Q     Assuming that to be true, do you believe that

15    September 15th is the first day that he ever kissed

16    you?

17    A     Yes.

18    Q     And how is it that you remember that?

19    A     Well, I remember that I had been going to him

20    and he started hugging me, and I felt like that was for

21    reassurance.  And then it graduated to kissing, and --

22    and anyway...

23    Q     You've told me about one time that he hugged

24    you previously.

25          Had he hugged you more than one time before

Page 70

1    this September 15th, 2000, visit?

2         A     That first time he hugged me?

3         Q     Yes.

4         A     He hugged me every time, until he started

5    kissing me.

6         Q     And the other times that he hugged you, would

7    it have just been when you were leaving, like you

8    described the first time, just an innocent hug and you

9    basically said goodbye?

10        A     Yes.

11        Q     Would he say anything to you when he hugged

12   you on those other occasions?  Do you remember?

13        A     No, I don't remember.

14        Q     Okay.  But you didn't feel it was

15   inappropriate?

16        A     No, I didn't.

17        Q     And then on September 15th of 2000, you say

18   Dr. Kula kissed you.

19              How did that come about?

20        A     Well, I was getting ready to leave his office

21   and he gave me a normal hug like he did, and this time

22   he kissed me on the lips.

23        Q     What did you do?

24        A     Well, I was kind of in shock.  I had kissed

25   him -- I mean, I responded.

PATRICIA BACHHOFER
PATRICIA BACHHOFER v. G. PAUL KULA, M.D.

Page 71

1      Q     You kissed him back?

2      A     Yes, sir.

3      Q     Prior to September 15th of 2000, had you

4  started developing any type of feelings for Dr. Kula,

5  any attraction to Dr. Kula?

6      A     I don't believe so.

7      Q     Well, did Dr. Kula say anything to you, or he

8  just kind of kissed you out of the blue?

9      A     Well, kissed me out of the blue, I guess you

10  could say.  I wasn't expecting it.

11      Q     And how long did this kiss last?

12      A     Oh, a minute or so.

13      Q     And you were in his office?

14      A     Yes.

15      Q     Was his office door closed?

16      A     Yes, sir.

17      Q     Do you know if his door was unlocked or

18  locked?

19      A     I don't know.

20      Q     Was anybody else in his office that day, that

21  you know of?

22      A     No.  Not that I know of.  I'm sorry.

23      Q     Was J.R. Bart present that day, on September

24  15th?

25      A     I don't remember.

PATRICIA BACHHOFER
PATRICIA BACHHOFER v. G. PAUL KULA, M.D.

Page 72

1      Q     What time of day was your appointment that

2   day?

3      A     I don't remember.

4      Q     So as you were getting up to leave from Dr.

5   Kula's office, he just came up to you and hugged you,

6   and then you kissed him for about a minute?

7            MR. SMITH:  I don't think, Counsel, that's

8   what she said.  I don't think that's been her

9   testimony.  She said he kissed her.

10     Q     (By Mr. McMillin)  You said you kissed him

11  back, though; right?

12     A     Yes.

13     Q     Okay.  So is it fair to say you and Dr. Kula

14  were kissing each other for about a minute right before

15  you left his office?

16     A     He started it.

17     Q     Right.

18     A     But yes, I did kiss him back.

19     Q     Okay.  So after he kissed you, you didn't

20  pull away or try to get him to stop or anything of that

21  nature?

22     A     No.

23     Q     And is there any reason you didn't tell him

24  to stop?

25     A     No.

Page 73

1    Q    Why didn't you?

2    A    I don't know.

3    Q    Did you think it was appropriate for a doctor

4    that you were seeing to kiss you?

5    A    I didn't think about it.  I just wasn't

6    thinking.

7    Q    Well, what -- did you leave his office right

8    after that?

9    A    Yes, sir.

10   Q    After he kissed you, was there any

11   communication between you and him, or did you just

12   immediately leave?

13   A    I paid and left.

14   Q    Okay.  So he just -- you and him kissed for

15   about a minute, and you walked out of the office

16   without saying another word to him?

17   A    Said goodbye and left.

18   Q    Did Dr. Kula ever leave his office after

19   that, or did you --

20   A    I don't know what he did.

21   Q    I mean, while you were still there.

22        Did he just stay in his office and you walked

23   out?

24   A    Yes, sir.

25   Q    Okay.  And you went out to the reception area

Page 77

1      A    In his chair.

2      Q    Okay.  And is that the same on December 15th,

3  you sat on the love seat and he sat in his chair?

4      A    When?

5      Q    September 15th.

6      A    Oh, I thought you said -- okay.

7           Yes.

8      Q    Did the fact that Dr. Kula and you kissed on

9  September 15th cause you any concerns or uneasy

10  feelings or problems, up until the time of your next

11  visit on September 29th?

12      A    No.

13      Q    According to Dr. Kula's records, he next saw

14  you on December 29th of 2000.  It says you came in for

15  an hour, "but we had to shorten this to a half-hour

16  session due to time constraints."

17           MR. SMITH:  Can I have that date again,

18  Counsel?

19           MR. McMILLIN:  September 29th.

20           MR. SMITH:  Thank you.

21      Q    (By Mr. McMillin)  Do you remember having to

22  cut your session short to a half hour due to time

23  constraints, on September 29th?

24      A    September 29th.

25      Q    And that's a Friday.

Page 83

1    Q    Did Dr. Kula ever suggest that you and your

2    husband get some marital therapy?

3    A    No, sir, he didn't.

4    Q    Did he ever suggest to you that you should

5    get some marital therapy?

6    A    No, sir, he didn't.

7    Q    Did he ever suggest for your husband to come

8    in for a joint session with him, and you two talk about

9    your marital problems?

10   A    No, sir, he didn't.

11   Q    Have you and your husband ever been to

12   marital therapy together?

13   A    No, sir.

14   Q    On this September 29th, 2000, visit, did

15   anything unusual or inappropriate occur during that

16   visit?

17   A    When I got up, ready -- got up to leave, he

18   got up, he gave me a hug, and he kissed me and we

19   left -- or he left and I went and paid.

20   Q    Up until the time that you claim that Dr.

21   Kula kissed you, had everything been professional and

22   his conduct had been appropriate up until then?

23   A    Up until then, yes.

24   Q    Okay.  And you say that you got up to leave

25   and he hugged you and he kissed you?

Page 84

1       A    Yes.

2       Q    And did you kiss him back?

3       A    I don't remember.

4       Q    Well, how long did -- were you kissing Dr.

5   Kula on September 29th?

6       A    How long was he kissing me?

7       Q    Well, either way, however it happened.  How

8   long did the kiss encounter occur?

9       A    I don't know.  I don't remember.

10      Q    Well, you do remember Dr. Kula kissing you on

11  September 29th?

12      A    Yes, I do.

13      Q    Did he have his arms around you when he was

14  kissing you?

15      A    Yes, he did.

16      Q    Did you have your arms around him?

17      A    Yes, I did.

18      Q    Okay.  And what do you remember about the

19  kiss?

20      A    His lips were real -- I mean, he touched my

21  lips real softly.  His aftershave smelled sexy.  He

22  stuck his tongue in my mouth and then the kiss was

23  over.

24      Q    Did you stick your tongue in his mouth as

25  well?

Page 85

1      A      No.

2      Q      How about on September 15th?

3      A      No.

4      Q      Were you developing an attraction to Dr. Kula

5  on September 29th?

6      A      I don't remember.  I do not remember.

7      Q      Did you ever tell Dr. Kula to stop kissing

8  you on September 29th?

9      A      No.

10     Q      Did you ever try to push him away?

11     A      No.

12     Q      Did you ever give him any hints or

13  suggestions that you didn't want him to kiss you?

14     A      No.

15     Q      Did you feel as though it was inappropriate,

16  on September 29th, for Dr. Kula to kiss you?

17     A      I don't remember.

18     Q      Was this something that you were enjoying,

19  kissing Dr. Kula, on September 29th?

20     A      I don't know.

21     Q      So after you and Dr. Kula kissed on September

22  29th, did he say anything to you or you say anything to

23  him?

24     A      No.  I went out and paid my bill.

25     Q      So neither one of you said a thing.  You just

Page 87

1    Q    And your husband's insurance was paying the

2  rest of it?

3    A    Yes.

4    Q    So after you left Dr. Kula's office on

5  September 29th, what were your feelings about Dr. Kula?

6    A    I don't know.

7    Q    What did you think at that point about you

8  and him kissing in his office?

9    A    I didn't think anything, that I remember.

10    Q    Did you think that was normal behavior?

11    A    I may have then.  But now that I look back, I

12  know it's not.

13    Q    Well, did you think, on September 29th, it

14  was appropriate for you and Dr. Kula to be kissing in

15  his office, considering the fact that you were married

16  and he was married and he was your doctor?

17    A    I don't know.

18    Q    According to his records, the next time you

19  visited him in the office was October 13th.

20        Does that sound right?

21    A    About right.

22    Q    Did you tell anybody about this fact that you

23  and Dr. Kula had kissed in his office, at any time

24  before October 13th?

25    A    Not that I remember.

PATRICIA BACHHOFER
PATRICIA BACHHOFER v. G. PAUL KULA, M.D.

Page 91

1      A    No, sir.

2      Q    Did anything inappropriate or unusual happen

3  during this October 13th, 2000, visit with Dr. Kula?

4      A    As I was going out the door, he hugged me and

5  he kissed me again.

6      Q    Was the door closed?

7      A    Yes.

8      Q    Was it locked?

9      A    I have no idea.

10     Q    Do you recall what time of the day your visit

11  was on October 13th?

12     A    I don't remember.

13     Q    So after your session was over, you got up

14  from the love seat?  Is that where you were sitting?

15     A    Yes, sir.

16     Q    Was he sitting in his chair?

17     A    Yes, sir.

18     Q    Up until then, had your session with him been

19  professional and appropriate?

20     A    Could you please repeat that?

21     Q    Sure.

22          Up until the time you were getting ready to

23  leave on October 13th, was there anything that you

24  considered to be unprofessional that Dr. Kula did or

25  said?

Page 92

1       A       No.  No, sir.

2       Q       All right.  And then, as you were leaving his

3   office, you say he hugged you.

4               Did you hug him back?

5       A       I don't remember.  I honestly do not

6   remember.

7       Q       When you say he hugged you, how would he go

8   about hugging you?

9       A       He would just reach out and hug me.

10      Q       So he would put both arms around you?

11      A       Yeah.

12      Q       He'd be standing in front you and he'd put --

13      A       Yeah.

14      Q       -- both of his arms around you and hug you?

15      A       Yeah.  Yes.

16      Q       And you don't remember whether you hugged him

17  back or not?

18      A       No, I really don't.

19      Q       And then you say he kissed you.

20      A       Yes, sir.

21      Q       Describe this kiss to me, what you remember

22  about that, on October 13th.

23      A       He just lightly touched my lips and stuck his

24  tongue in my mouth, and the kiss was over.

25      Q       About a minute long again?

PATRICIA BACHHOFER
PATRICIA BACHHOFER v. G. PAUL KULA, M.D.

Page 95

1       A    Yes.

2       Q    Had you started developing any type of

3   attraction or feelings for Dr. Kula by October 13th of

4   2000?

5       A    Yes, sir.

6       Q    When did you first start developing feelings

7   or attraction to Dr. Kula?

8       A    I don't remember the date.  I'm sorry.

9       Q    So who initiated the kiss on October 13th --

10  you or him?

11      A    Dr. Kula.

12      Q    Did you have your arms around him while you

13  were kissing?

14      A    Yes, sir.

15      Q    Did you enjoy the attention that Dr. Kula was

16  giving you?

17      A    Yes, sir.

18      Q    Did you feel like you were betraying your

19  husband by kissing another man?

20      A    I wasn't thinking about my husband at that

21  time.

22      Q    You were still considering divorcing your

23  husband?

24      A    Yes, sir.

25      Q    Anything else, that you haven't told me

Page 96

1    about, that you remember happening during this October

2    13th, 2000, visit in Dr. Kula's office?

3         A.    Well, he smelled good.  He made me feel good

4    with the attention that he was giving me.

5         Q    Did you and Dr. Kula ever discuss the fact

6    that, you know, you and him had kissed on these two

7    other visits?

8         A    We never discussed it, no.

9         Q    So after you left on October 13th, 2000, it

10   looks like your next visit was October 27th of 2000.

11          Does that sound right?

12        A    Yes, sir.

13        Q    Up until October 27th of 2000, did you ever

14   tell anybody else that you and Dr. Kula had kissed at

15   any time?

16        A    I don't recall telling anybody.  I just don't

17   recall telling anybody.

18        Q    That was just something you were keeping to

19   yourself?

20        A    Dr. Kula told me not to tell anyone.

21        Q    When did he tell you that?

22        A    When the kisses started.

23        Q    So on September 15th, when he first kissed

24   you, it's your testimony that he told you not to tell

25   anybody?

Page 100

1       A    I don't even remember how that came up.  I

2  really don't.

3       Q    Did you talk with Dr. Kula or anyone in his

4  office between October 13th and October 27th?

5       A    October 13th and October 27th?  I don't think

6  so.  I don't remember, but I don't think so.

7       Q    So you never made any calls to Dr. Kula or

8  his office between October 13th and October 27th, to

9  the best of your knowledge?

10      A    To the best of my knowledge, I don't

11 remember.

12      Q    Do you recall the visit with Dr. Kula on

13 October 27th, 2000, which would have been Friday?

14      A    Yes, sir.

15      Q    Do you remember what time of day that

16 appointment was?

17      A    No, sir, I don't.

18      Q    You don't know what time you arrived at his

19 office that day?

20      A    No, I don't.

21      Q    Was anybody else in his office that day when

22 you arrived?

23      A    I don't recall.

24      Q    Okay.  What do you recall about this October

25 27, 2000, visit at Dr. Kula's office?

Page 101

1     A     We were in therapy session and I was sitting

2    on the love seat and he was sitting in his chair.   He

3    had -- we had our therapy session and we were

4    discussing -- I don't really remember what we were

5    discussing, but he was sitting in his chair with his

6    legs apart, with my chart in between his legs, and he

7    was rubbing my chart in his crotch.

8     Q     And this was some type of a manila

9    folder type --

10    A     Manila folder, yes.

11    Q     You're sitting on the love seat and he's in

12   his chair.

13         Where is his chair located?

14    A     Over by where Mike is sitting.

15    Q     So about eight or ten feet away?

16    A     Maybe not that far.  Maybe about six feet

17   away.

18    Q     Was there a desk in front of him, or was it

19   just open space between you and him?

20    A     There was a coffee table kind of in between

21   us, you know, and the coffee table was like that.

22   (Indicating)

23    Q     Okay.  So you just happened to look over

24   there.

25         Was this towards the end of your therapy

Page 102

1    session or in the middle of it, or when did this

2    happen?

3         A    It was at the end of the therapy session.

4         Q    And you saw him rubbing his chart on his lap?

5    Tell me what you saw.

6         A    Well, he was sitting there with his legs

7    apart like that, and he had my chart between his

8    legs --

9         Q    Sitting flat on his lap like this?

10   (Indicating)

11        A    No.  No.  It was like this.  (Indicating)

12        Q    Okay.  You're saying it was up and down,

13   vertical?

14        A    Or -- I'm sorry.  It was more like this.

15   (Indicating)

16        Q    Okay.  Vertically, at an angle?

17        A    Yes.

18        Q    Okay.  Okay.

19        A    And he took his hands and he was rubbing it

20   against his crotch.

21        Q    So he was pressing down on top of his chart

22   against his crotch?

23        A    Yes, sir.

24        Q    And did he know you were looking at him?

25        A    I don't know.  I hurried up and looked away.

Page 103

1      Q    What did you say to him?  Did you say

2  anything to him?

3      A    I didn't say anything to him.

4      Q    Did he say anything to you --

5      A    No, sir.

6      Q    -- while he was doing that?

7      A    We just didn't bring it up.

8      Q    How long was he doing this?

9      A    Not very long.

10     Q    A few seconds or --

11     A    Yeah -- yeah.  Or I would say under 30

12  seconds.  You know, he just sat there and just rubbed

13  it a few times and that was it.

14     Q    Was he talking or were you talking while this

15  was going on?

16     A    Yeah.  We were getting ready to get up and

17  leave from session when this happened -- or when I

18  noticed it happening.

19     Q    And what did he do next?

20     A    He said the session was over, we got up, he

21  kissed me again, same as before.  I left, I went out

22  and paid, and I went down to my car and I sat there for

23  a minute.  And I could still smell the aftershave --

24  his aftershave had got on me.  And I sat there and I

25  could smell it and it smelled really good.

**PATRICIA BACHHOFER**
PATRICIA BACHHOFER v. G. PAUL KULA, M.D.

Page 104

1    Q     So after you left his office, you sat in your

2    car and you were thinking about Dr. Kula?

3    A     Uh-huh.

4    Q     Is that yes?

5    A     Yes, sir.  I'm sorry.

6    Q     What were you thinking about him, other than

7    the fact that his aftershave smelled good?

8    A     It was a sexy-smelling aftershave.

9    Q     So you were thinking about a physical

10   attraction to him at that point?

11   A     Yes, sir.

12   Q     So other than Dr. Kula rubbing his chart as

13   you've described and kissing you as you left on October

14   27th, did anything else unusual or inappropriate happen

15   during this October 27th, 2000, session at Dr. Kula's

16   office?

17   A     Nothing else happened.

18   Q     Anything else unusual that was said by Dr.

19   Kula during that visit, that you recall?

20   A     Not that I recall.

21   Q     Okay.  On October 27th, you said he kissed

22   you.

23         Is that basically the same as you've told us

24   before, you got up to leave and he hugged you and you

25   hugged him back and you and him kissed for a minute or

Page 105

1   so?

2       A    Probably less than a minute.

3       Q    Okay.  And that was a consensual kiss on your

4   part?

5       A    Yes, sir, it was.

6       Q    Who initiated the kiss on October 27th?

7       A    He did.

8       Q    And did you have your arms around him as

9   well?

10      A    Yes, sir, I did.

11      Q    The next note I see here in the file looks

12  like a telephone call that you made to Dr. Kula's

13  office on November 8th, 2000, and it says "Wants to

14  know if she can increase Klonopin, anxiety level is

15  very high."

16           Do you remember calling Dr. Kula's office

17  about that?

18      A    No, sir, I don't.

19      Q    Do you deny that you called his office asking

20  if you could increase your Klonopin?

21      A    Yes, sir, I do deny that.

22      Q    So whoever made that note right there just is

23  inaccurate about that?

24      A    Yes, sir, they are.

25      Q    Did you ever request Dr. Kula or any of his