Page 108

1    that Steve Washburn, the investigator?

2         A    Yes, sir.

3         Q    And did they make copies of pages from your

4    calendar?

5         A    I'm not real sure.  I know they looked at it.

6         Q    And you took it back home.

7              What did you do with it?

8         A    I don't know.  I don't have any idea if I

9    kept it, I threw it away, or what, because -- I just

10   don't know.

11        Q    Well, other than possibly you calling Dr.

12   Kula's office on November 8th, did you have any other

13   contact with Dr. Kula or his office from October 27th

14   until your next apparent visit on November 21st?

15        A    No, sir.

16        Q    Dr. Kula noted in the October 27th, 2000,

17   chart note that when you had opportunities to be

18   intimate with your husband, that you turned them down

19   out of resentment for him.

20             Did you tell that to Dr. Kula?

21        A    No, sir.

22        Q    So did that ever happen, where you turned

23   down opportunities with your husband to be intimate

24   with him?

25        A    Yes, sir.

Page 125

1      Q      She didn't say anything else?

2      A      No.  I'm sorry.

3      Q      She didn't give you any kind of advice?

4      A      No.  She just listened.

5      Q      Okay.  Let's get back to this November 21st,

6   2000, session.  You've told me a lot of things that Dr.

7   Kula said to you.

8             Anything else you remember him saying to you?

9      A      Just that I needed to have an affair and it

10  would improve my marriage.

11     Q      Okay.  Was there any physical contact between

12  you and Dr. Kula on November 21st?

13     A      Yes, there was.

14     Q      Tell me about that.

15     A      At the end of the session, he was in his

16  chair and he said that the session was over.  I was

17  fixing to get up off the couch.  He come over and sat

18  beside me.

19     Q      Was this an hour-long session that day?

20     A      Yes, sir.

21            Anyway, he sat beside me and he wrapped his

22  arm around me and he kissed me.

23     Q      So which side was he sitting on?  Your right

24  or your left?

25     A      Well, I was sitting like this -- sideways,

PATRICIA BACHHOFER
PATRICIA BACHHOFER v. G. PAUL KULA, M.D.

Page 126

1   like this.  So he was sitting right here.  (Indicating)

2        Q    Okay.  So he was in his chair?

3        A    No.  He was on the love seat.

4        Q    Okay.  I'm a little bit confused.

5        A    Okay.  When I sit down, I sit like this.

6   Okay?  The love seat is this way and he sits right

7   here.  (Indicating)

8        Q    You're sitting --

9        A    With Charles being this way.

10       Q    You're on the end of the love seat?

11       A    Yeah.

12       Q    Sitting kind of --

13       A    I just sit like this, because his desk is

14  kind of like this and you have to sit like this in

15  order to see him.  (Indicating)

16       Q    Okay.  I understand what you're saying, but

17  it won't show up on the transcript when you say "like

18  this."

19       A    Oh, okay.  I put my leg up under my rear.  I

20  double it back because my feet get cold.

21       Q    Right.

22       A    So I sit on my feet.

23       Q    But you weren't facing the normal way someone

24  would sit on a love seat.  You were facing sideways.

25            Is that what you're saying?

PATRICIA BACHHOFER
PATRICIA BACHHOFER v. G. PAUL KULA, M.D.

Page 127

1      A     Diagonal.  I was facing diagonal.

2      Q     Okay.  And he comes in and sits down on your

3   left or on your right?

4      A     On my right.

5      Q     Okay.  So --

6      A     He sat down on my right.

7      Q     He would be -- he'd just sit like a normal

8   person would sit down on the love seat?

9      A     Right.

10     Q     Okay.

11     A     Okay.  He wrapped --

12     Q     So his left hand would be towards you?

13     A     Right.  Around me.

14     Q     So he put his left hand around you?

15     A     Around me.  And he brought me to him and he

16   give me a kiss and I kissed him back.

17     Q     Did you put your arms around him?

18     A     I don't remember.  I really -- I don't

19   remember whether I did that then or not.

20     Q     But you're sitting on your knees?

21     A     Sitting with my foot under my hiney.

22           Okay.  Then -- let me turn back around so I

23   can -- okay.

24           He kissed me.  Okay.  He runs his hand up my

25   shirt --

PATRICIA BACHHOFER
PATRICIA BACHHOFER V. G. PAUL KULA, M.D.

Page 128

1    Q    What kind of clothes were you wearing that

2  day?

3    A    T-shirt and pants.

4    Q    Just a regular T-shirt?

5    A    Yeah.  Just...

6    Q    So he puts his hand under your T-shirt?

7    A    Yes.

8    Q    Okay.  Tell me what he did.

9    A    He raised my bra up over my breasts and then

10  he put his mouth -- then he put his mouth on my

11  nipples.

12          MR. McMILLIN:  Do you want to take a

13  break?

14          THE WITNESS:  I just want to get it over

15  with.

16          And then he sucked on my nipples.

17    Q    (By Mr. McMillin)  How long did this go on?

18    A    Just -- it seemed just like that.  And then I

19  didn't realize he had undone his pants, pulled down his

20  shorts --

21    Q    So what was he wearing?  Did he have a suit

22  and tie on or --

23    A    He just had on a suit -- a shirt with a tie,

24  pair of pants.

25    Q    So he pulled his pants down?

PATRICIA BACHHOFER
PATRICIA BACHHOFER v. G. PAUL KULA, M.D.

Page 129

1    A    I don't know when he did it.  He -- I don't

2   know when he undid his pants or anything.  All I know

3   is he sat down and the next thing I know, his penis is

4   there --

5    Q    So when he --

6    A    -- just showing.

7    Q    -- first sits down on the couch, he had his

8   pants on, didn't he?

9    A    Yeah.  He's just showing.  And then he

10   touched it, he grabbed ahold of it, and he asked me if

11   I thought it was long enough.  I didn't know -- you

12   know, I didn't say anything.

13    Q    Did you get up and leave or what did you do?

14    A    No.  I just sat there like an idiot.

15    Q    What did you say to him?

16    A    Nothing.

17        He was -- then he asked me if I thought it

18   was long enough to satisfy me and then he undid my

19   pants.

20    Q    Are you still sitting down on the couch?

21    A    Yes.

22        And he tried to stick his hands down in my

23   pants, but my pants were too tight.

24        So anyway, he told me I was attractive, and

25   he just sat there, and he grabbed himself and he just

PATRICIA BACHHOFER
PATRICIA BACHHOFER v. G. PAUL KULA, M.D.

Page 130

1    kind of shook it.  And then --

2         Q    Did you ever grab him?

3         A    I don't remember.  I honestly don't remember.

4              He wanted me to give him a blow job.  He

5    tried to get my head to go down and I wouldn't do it.

6              So anyway, he got up, did his pants up.  I

7    got up, fixed my bra.  And then he took me in his arms,

8    and he stuck his hand in my pants and stuck his finger

9    up in me, for about that long.  (Indicating)

10        Q    When you say --

11        A    About the snap of your fingers.

12             And then he told me to do my clothes up and

13   we left.  And he told me -- I'm sorry.  We didn't leave

14   right then.

15             He told me that if I needed him anytime, that

16   all I had to do was call him and he would meet me and

17   he wouldn't charge me -- if I was real depressed or if

18   I was feeling really bad, to call him, and he wouldn't

19   charge me.

20             And I told him, I said, "Well, if we do that,

21   you could meet me at the baseball field."  They've got

22   a big old park there that's got a gazebo or whatever,

23   and I said, "We could talk there."

24             So I left.  I paid for my visit and left.

25        Q    So when you left, there was somebody there to

Page 131

1   take your money, I guess?

2        A    Yeah.

3        Q    Was that J.R.?

4        A    I don't remember.  I don't remember if it was

5   her or not.

6        Q    Somebody else was there?

7        A    I don't know.  I don't remember.

8        Q    Well, you paid your money to somebody?

9        A    Yeah.

10        Q    And it wasn't Dr. Kula, was it?

11        A    Huh-uh.

12        Q    Is that no?

13        A    "No."  I'm sorry.

14             MR. WATTS:  Off the record.

15             (Short break)

16        Q    (By Mr. McMillin)  When we broke, you were

17   telling us about the encounter you had with Dr. Kula in

18   his office on November 21st.

19             That romantic encounter you had with him was

20   a mutual event between you and Dr. Kula?

21        A    Yes, sir.

22        Q    You didn't ever request that he stop or

23   any --

24        A    No.

25        Q    -- anything of that nature, did you?

Page 132

1      A     No, sir.

2      Q     Did you say or do anything to Dr. Kula that

3   led him to believe that you wanted to engage in a

4   relationship with him?

5      A     No, sir.

6      Q     What were you thinking after you left Dr.

7   Kula's office on November 21st?

8      A     After something like that happens and you

9   haven't been intimate in a long time, at that time it

10  felt pretty exciting.

11     Q     When did you next see or talk to Dr. Kula?

12     A     It was on Sunday, after the 21st, I believe.

13     Q     So that would be the 26th?

14     A     I think so.

15           MR. WATTS:  Don't guess, if you don't

16  know.

17           THE WITNESS:  Okay.  I don't know, then.

18     Q     (By Mr. McMillin)  That's the day you claim

19  you went to the motel with him?

20     A     Oh.  Yes, sir.

21     Q     Okay.

22     A     That's correct.

23     Q     If we look at the motel receipt, that's

24  11-26?

25     A     26.  Yes, sir.

Page 133

1    Q    So between -- after you left his office on

2  the 21st, until Sunday, November 26, you didn't talk to

3  him or see him?

4    A    No, sir.

5    Q    Okay.  And then on that Sunday, November

6  26th, how did you make contact with Dr. Kula?

7    A    I called his cell phone and --

8    Q    Did he answer?

9    A    I mean, I paged him.  I'm sorry.  I'm sorry.

10  I paged him and he returned the call.

11    Q    Okay.  Were you at home --

12    A    Yes, sir.

13    Q    -- when you paged him, in Marietta?

14    A    (Nods head)

15    Q    Yes?

16    A    I was at home in Marietta, yes, sir.

17    Q    Was your husband at home?

18    A    Yes, sir.

19    Q    Okay.  And what time of day was it that you

20  paged Dr. Kula on 11-26?

21    A    It was late morning.

22    Q    What's your best estimate as to the

23  approximate time?

24    A    Just late morning.  I don't --

25    Q    Was it after 11:00 a.m.?

PATRICIA BACHHOFER
PATRICIA BACHHOFER v. G. PAUL KULA, M.D.

Page 134

1      A      Just late morning is all I can tell you.

2      Q      Had you gone to church that day?  What had

3    you done that day?

4      A      Nothing.  I was just at home.

5      Q      So you hadn't left your house that day --

6      A      No.

7      Q      -- before you paged him?

8      A      Huh-uh.  No.

9      Q      Your husband wasn't working that day?

10     A      No, sir, he was not working.

11     Q      Your granddaughter was there at the house

12   with you?

13     A      Yes, sir.

14     Q      Why was it that you paged Dr. Kula late

15   morning on 11-26?

16     A      I was feeling really depressed and I needed

17   someone to talk to.

18     Q      Why were you feeling really depressed?

19     A      I don't really know.  I really don't know.

20     Q      No specific event had happened?

21     A      No.  Huh-uh.

22     Q      Was that the first time you had ever paged

23   Dr. Kula?

24     A      Yes, sir.

25     Q      And --

Page 140

1      Q      Tell me how the conversation went from there

2    on.

3      A      And I told him I was feeling really depressed

4    and I wasn't feeling very well.  And he told me to meet

5    him at Motel 6.

6      Q      So the only information you gave him was that

7    you were feeling depressed, weren't feeling well?

8      A      Yes.

9      Q      First thing out of his mouth was, "Why don't

10   you meet me at Motel 6"?

11     A      Yes.

12     Q      Anything else he said?

13     A      He said, "Just meet me at Motel 6.  Call me

14   when you get checked in."

15            He did tell me to check in under my name,

16   which I did.  And he said call him back on his cell

17   phone and tell him what room number I was in and then

18   he would meet me there.

19     Q      Had you ever been to Motel 6 before?

20     A      No, sir.

21     Q      Where is that located?

22     A      On Holiday Drive, I think.  It's out there by

23   Holiday Inn --

24     Q      Okay.

25     A      -- in Ardmore.

Page 143

1    Q    So did you know where the Motel 6 was

2    located?

3    A    Yes, sir.

4    Q    So Dr. Kula called you back, and the only

5    thing you remember him saying specifically is that he

6    asked you to meet him at the Motel 6 and go ahead and

7    get the room and put it under your name?

8    A    Yes, sir.

9    Q    Anything else he told you?

10   A    Just to call him when I got there, and give

11   him the room number, and he'd be there as soon as he

12   could.

13   Q    Why did you think he wanted you to get a

14   motel room?

15   A    You know, that's stupid on my part, because I

16   really didn't know.  But I quickly figured it out.

17   Q    So you went and rented the motel room without

18   knowing why he wanted you to get the motel room?

19   A    Basically, at first, yes.

20   Q    Did you bring any -- anything with you?

21   Clothes or anything?

22   A    Well, I always carry extra clothes in the

23   back of my car.  I have a bladder problem that is

24   necessary for me to carry extra clothes with me at all

25   times, and my daughter does too, and so we just keep an

Page 148

1    Q    You don't remember anything about the weather

2  that day?

3    A    No, I don't.

4    Q    So is this a first-floor room that you got?

5    A    Yes, sir.

6    Q    You go check in.

7         And what did you do next?

8    A    When I checked in, I went to the phone and I

9  called Dr. Kula and I told him what room I was in.  And

10  he told me he would be there in a little while.  And so

11  I waited for him to get there.

12    Q    Okay.  So you went to Room 118 and you called

13  Dr. Kula's cell phone; is that right?

14    A    Yes, sir.

15    Q    You didn't page him, you just called him on

16  his cell phone?

17    A    Yes, sir.

18    Q    And he answered?

19    A    Yes, sir.

20    Q    And tell me exactly, the best you remember,

21  what you told him.

22    A    I told him that I was in Room 118.  And he

23  said he would be there as soon as he got through at the

24  hospital, because he was on call that weekend.  And

25  that was all he said.  And we said bye and hung up.

PATRICIA BACHHOFER V. G. PAUL KULA, M.D.

Page 149

1      Q     Okay.  Did he say anything else to you?

2      A     No.

3      Q     Didn't make any --

4      A     Not that I remember.

5      Q     Didn't make any requests of you?

6      A     Oh.  I apologize.  Yes, he did.  He wanted a

7   bucket of ice and he wanted me to be nude when he got

8   there.

9      Q     So you call him, tell him, "I'm at Motel 6."

10            And tell me what he says.

11      A     Tell you what he said?  He said that he

12   needed a bucket of ice and for me to be nude when he

13   got there.

14      Q     So I take it at that point you knew what was

15   going on -- what was getting ready to transpire at the

16   Motel 6?

17      A     Yes, I did.

18      Q     When did you figure that out?

19      A     When he said go to a motel.

20      Q     Okay.  So you -- when you were at your own

21   house and he said go to a motel, you knew that there

22   was going to be a sexual encounter at the motel?

23      A     There would be some kind of encounter.

24      Q     And that was your intention and desire, to

25   get together with Dr. Kula and have some type of sexual

Page 150

1    encounter at the motel?

2         A    Yes.

3         Q    So how long -- what time did Dr. Kula -- you

4    checked in about 1:00.

5              About what time did he get there?

6         A    I didn't watch the clock.  All I know is,

7    after he got his rounds done at the hospital, that he

8    met me at the motel.

9         Q    What did you do at the motel while you were

10   waiting on him?

11        A    I took a shower again and crawled in bed and

12   watched TV.

13        Q    Now, you'd just taken a shower before you

14   left your house, so why in the world would you take

15   another shower?

16        A    I have OCD, obsessive-compulsive disorder.

17        Q    So you frequently take multiple showers?

18        A    Yes, I do.

19        Q    So you took a shower and then what were you

20   wearing?  Just your T-shirt, you said?

21        A    No.  I was naked.  I was laying in bed naked.

22        Q    You didn't have any clothes on?

23        A    No.

24        Q    And then sometime thereafter, you don't know

25   how long, Dr. Kula just knocks on the door?

PATRICIA BACHHOFER
PATRICIA BACHHOFER v. G. PAUL KULA, M.D.

Page 152

1    A    Yes, sir.

2    Q    What was in there?

3    A    Bottle of Scotch.

4    Q    What kind of Scotch was it?

5    A    I don't know.

6    Q    So had you gone to get ice before he got

7    there?

8    A    Yes.

9    Q    There was just some plastic cups in the room?

10   A    Yes.

11   Q    And so you open the door, you're completely

12   naked, and I guess he's clothed.

13        And what happened after that?

14   A    He quickly undressed.  Then he made himself a

15   drink and then he pulled on his penis and then he went

16   to the bathroom and then he got in bed with me.

17   Q    Okay.  So when you say he quickly undressed,

18   did he just get completely nude as well?

19   A    He sure did.

20   Q    What was he wearing when he got over there?

21   A    I don't remember the outer clothes.  I

22   remember his underwear.  They were Tommy Hilfiger boxer

23   type shorts with the elastic legs that clung to your

24   legs.  He wore what I call decorative socks.  They

25   weren't one color.  They were several different colors,

Page 153

1    with diamonds on them.

2          Mostly, I remember the underwear.

3      Q    What color was the underwear?

4      A    I don't remember what color they were then,

5    but normally they were gray or white.

6      Q    So you're saying he got undressed, fixed

7    himself a drink, and then got in bed?

8      A    Then he pulled on his penis, then he went to

9    the bathroom, and he came back and got in bed and sat

10   his glass of Scotch on the nightstand.

11     Q    Did he drink it?

12     A    Sure.

13     Q    And what happened?  Was the TV still on?

14     A    Sure.  Yes, sir.

15     Q    What happened next?

16     A    We kissed, we hugged, we talked, we had sex.

17          He told me -- never mind.

18     Q    What did he tell you?

19          MR. WATTS:  Just answer his question.

20          THE WITNESS:  I'm sorry.

21          He told me not to fall in love with him

22   because he wasn't worth it.

23     Q    (By Mr. McMillin)  Was this after you had sex

24   with him that he told you that?

25     A    Yes.

PATRICIA BACHHOFER
PATRICIA BACHHOFER v. G. PAUL KULA, M.D.

Page 154

1   Q   Tell me everything else you remember Dr. Kula

2   saying to you that day at the motel on 11-26.

3       A   Well, I don't remember a lot about what we

4   talked about.  We talked about our kids.  We talked

5   about family.  Not really a lot on that day, that I

6   remember.

7       Q   And you weren't at -- you were having a

8   romantic, I guess you'd call it, fling with him that

9   day at the motel?  Is that basically the substance of

10  it?

11      A   If you want to call it that.

12      Q   I mean, you weren't having any therapy

13  sessions there at the motel with him, were you?

14      A   Well, I guess that's his kind of therapy.

15      Q   Well, my question is:  He wasn't -- you and

16  him weren't having a therapy session, like you would at

17  his office, that day at the motel, were you?

18      A   No.

19      Q   Okay.  That day at the motel, it was strictly

20  a personal, sexual relationship?

21      A   Yes.

22      Q   Okay.  And how long did Dr. Kula stay at the

23  motel on November 26?

24      A   He was there about two hours.

25      Q   Any other specific things you remember him

Page 159

1      A      Right.

2      Q      You could have been home by 3:00, you just

3  don't remember?

4      A      I just don't remember.

5      Q      Okay.  And was your husband home when you got

6  back?

7      A      Yes, sir, he was.

8      Q      Did he ask you where you'd been?

9      A      No, sir, he didn't.

10      Q      What did he say to you?

11      A      Nothing.

12      Q      Did you say anything to him?

13      A      No.  Not -- the usual "Hi," you know.

14      Q      Were you feeling bad that you just slept with

15  another man, or what were you thinking?

16      A      Well, it felt good to be held and to know

17  that someone thought I was attractive, so I was feeling

18  pretty good.

19      Q      When is the next time that you talked to Dr.

20  Kula after November 26th?

21      A      I have no idea.

22      Q      It looks like, according to his office

23  records, the next office visit you had with him was on

24  December 1st, 2000, which was a Friday.

25             Does that sound about right?

PATRICIA BACHHOFER
PATRICIA BACHHOFER v. G. PAUL KULA, M.D.

Page 160

1      A     That sounds about -- yes, it does.

2      Q     Do you know what time your appointment was

3   that day?

4      A     No, sir, I don't.

5      Q     Did anything inappropriate or unusual happen

6   during this session on December 1st, at his office?

7      A     Just the kiss and the hug and he told me to

8   get a motel room and he would be there after he saw his

9   next patient.

10     Q     So what time was your appointment over with

11  on December 1st?

12     A     I have no idea.  I do not remember.

13     Q     Morning or afternoon appointment?

14     A     Normally morning.

15     Q     Do you remember whether this was a morning

16  appointment?

17     A     This was a morning appointment.

18     Q     Was it an hour-long appointment?

19     A     Yes, sir.

20     Q     So during this session on December 1st, did

21  you and Dr. Kula discuss going to a motel previously?

22     A     Repeat that, please.

23     Q     On December 1st, 2000, did you and Dr. Kula

24  discuss your recent encounter at the motel?

25     A     No, sir.

PATRICIA BACHHOFER
PATRICIA BACHHOFER v. G. PAUL KULA, M.D.

Page 161

1     Q.    You didn't say anything to him about it?

2     A    We did not discuss it.

3     Q    You just had the normal therapy session with

4  him?

5     A    Yes, sir.

6     Q    He was acting professional during the therapy

7  session?

8     A    Yes, sir.  Until I got ready to leave.

9     Q    Do you remember any of the things you

10  discussed with Dr. Kula on December 1st?

11    A    No, sir, I don't.

12    Q    This was a -- was this a school day, Friday,

13  December 1st?

14    A    I don't remember whether it was or not.

15    Q    You don't know whether you were off work that

16  day?

17    A    I don't remember.

18    Q    If you were off work on Friday, December 1st,

19  the school would have record of that?

20    A    Sure.

21    Q    What record would they have?  Something that

22  that secretary kept, that you told me about earlier?

23    A    Yes.

24    Q    Do you have any objection to us getting

25  copies of your records from Greenville school system?

Page 171

1        Q     Okay.  So you were wearing your T-shirt and

2   your underwear when he got there?

3        A     Yes, sir.

4        Q     And you don't have any idea what time he got

5   there?

6        A     None whatsoever.

7        Q     And how long did he stay?

8        A     He stayed about two hours.

9        Q     Tell me what happened after Dr. Kula arrived

10  on December 1st, at the motel.

11        A     He came in the door, sat down in the chair,

12  he undressed.  He had his Tommy Hilfiger underwear on,

13  as usual.  He fixed himself a drink, he pulled on his

14  penis again, went to the bathroom, and come back and

15  got in bed with me.

16        Q     Did he have the same black bag with him?

17        A     Yes, he did.

18        Q     And what happened after he got in bed with

19  you?

20        A     We had sex.

21        Q     Okay.  For how long did you have sex?

22        A     Oh, I don't know.  I didn't time us.

23              MS. COFFEY:  Just answer the question.

24        Q     (By Mr. McMillin)  You don't know?

25        A     I have no idea.

Page 180

1      Q     Dr. Kula -- did he wear a condom?

2      A     No.

3      Q     Did you ever have any concerns about any

4   transmission of any sexual diseases or anything like

5   that, sleeping with a man you barely know?

6      A     I didn't think about it until later.

7      Q     I take it you've never had any problems --

8   you never ended up having any problems, did you?

9      A     No.  I haven't been tested, no.

10     Q     Okay.

11     A     So I don't know.

12     Q     So you went to your appointment on December

13  22nd.  You said it was a typical appointment until you

14  were getting ready to leave, and he hugged you again

15  and you and him kissed like you had described before?

16     A     Yes.  Yes, sir.

17     Q     Anything different?

18     A     No.  It was the same.

19     Q     And did you suggest to him for him to meet

20  you at a hotel that afternoon or that day?

21     A     He suggested.  He was the one that suggested

22  the motels.

23     Q     Okay.  When did he suggest the motel on

24  December 22nd?

25     A     I don't remember.

Page 181

1      Q    So did you go directly from his office to the

2   motel?

3      A    Yes, sir.

4      Q    And how long was the session at his office on

5   December 22nd?  Was it an hour session?

6      A    I don't know.  Most of them were an hour.

7      Q    Any of them last more than an hour?

8      A    No.

9      Q    Okay.  So after the session on December 22nd,

10  you drove directly to Motel 6 and got a room?

11     A    Yes, sir.

12     Q    And paid cash for the room?

13     A    Yes, sir.

14     Q    Did you stay in the same room, Room 118?

15     A    Yes, sir.  No.  I just don't -- I don't

16  remember.  On December 22nd, I don't remember.

17     Q    Are you sure you went to the Motel 6 on

18  December 22nd?

19     A    At one point we went to Days Inn.  I don't

20  remember the date that we did go to Days Inn, but we

21  did go to Days Inn.

22     Q    So if the hotel receipt you have shows Days

23  Inn on December 22nd, that's the motel you went to?

24     A    Yes, sir.

25     Q    Why did you change motels?

PATRICIA BACHHOFER
PATRICIA BACHHOFER V. G. PAUL KULA, M.D.

Page 182

1      A    We were afraid of getting caught.

2      Q    Why is that?

3      A    Well, we didn't want our spouses to find out

4  that we were having an affair.

5      Q    Well, how would you be able to keep it more

6  secret at the Days Inn, rather than the Motel 6?

7      A    To keep from continuing to go back to the

8  same motel, switch motels, and -- you know, so we

9  wouldn't get caught.

10     Q    Whose idea was it to switch motels?

11     A    It was mine.

12     Q    So did you tell Dr. Kula, before you left

13 your session on December 22nd, that you were going to

14 get a room at the Days Inn this time, instead of the

15 Motel 6?

16     A    We had arranged to meet at Motel 8, instead

17 of Days Inn.  I got them confused.

18     Q    Is there a Motel 8, or you mean 6?

19     A    No.  Motel 8.  There was a Motel 8 right next

20 to Days Inn at Ardmore.  There's not anymore, though.

21     Q    Okay.  So in Ardmore, there used to be a

22 Motel 6 and a Motel 8?

23     A    Right.

24     Q    Okay.  So you told Dr. Kula that you were

25 going to get a room at the Motel 8?

PATRICIA BACHHOFER
PATRICIA BACHHOFER v. G. PAUL KULA, M.D.

Page 190

1      A     T-shirt and panties.

2      Q     Okay.  You said he was angry.

3            What made you think he was angry when he got

4  there?

5      A     Because he walked in the door and he told me

6  to get my motels straight; that it better not happen

7  again.

8      Q     What else did he say?

9      A     That was all.  He stay -- he undressed.  45

10  minutes later, he left.

11      Q     Okay.  So on December 22nd, he didn't stay

12  for two hours?

13      A     No.  He was angry with me.

14      Q     So he stayed about 45 minutes?

15      A     Yes, sir.

16      Q     What happened when he was at the motel?

17      A     We had sex.

18      Q     Do you remember anything he said to you that

19  day, other than him being angry and to get your motels

20  straight?

21      A     I don't remember.

22      Q     Do you remember anything you said to him on

23  December 22nd --

24      A     I don't --

25      Q     -- while you were at the motel?

PATRICIA BACHHOFER
PATRICIA BACHHOFER v. G. PAUL KULA, M.D.

Page 193

1    Q   So when was the next time you saw Dr. Kula

2    after this December 29th office visit?

3    A   I don't remember.

4    Q   Did you ever meet him at the motel again?

5    A   I met him again, but I don't remember the

6    date.

7    Q   Look at your --

8    A   Can we look at the --

9    Q   -- motel receipts.

10   Looks like there's a receipt here for January

11   3rd, at Motel 6.

12   Would it be your testimony that that would be

13   the next day you met him?

14   A   Yes, sir.  At the motel.

15   Q   We don't have an office visit that day, so is

16   it fair to say you didn't see him in the office before

17   that January 3rd encounter at the motel?

18   A   I don't know.

19   Q   Do you recall any office appointment that

20   day?

21   A   I just don't remember.

22   Q   Did you call Dr. Kula on January 3rd, which

23   was a Wednesday, and suggest to him that you go get a

24   motel room at the Motel 6?

25   A   I don't remember.

Page 194

1     Q     Do you remember calling Dr. Kula on

2  Wednesday, January 3rd?

3     A     No, I don't, but I may have.

4     Q     You would have been off --

5           MR. WATTS:  If you don't know, don't

6  guess.

7           THE WITNESS:  Oh, okay.  I don't know.

8     Q     (By Mr. McMillin)  I guess you would have

9  been off work that day, January 3rd?

10    A     I don't know.

11    Q     Had school started back yet?

12    A     I have no idea.  That was four years ago.

13    Q     Well, how did it come about that you went and

14 rented a motel room on January 3rd, at Motel 6?

15    A     I have no idea.

16    Q     Well, did you rent a motel room on January

17 3rd?

18    A     The paperwork's there.  If it's there, I did.

19    Q     Okay.  Was it your suggestion or Dr. Kula's

20 suggestion or somebody else's suggestion?  Who

21 suggested that?

22    A     I don't remember.

23    Q     Why did you rent a motel on January 3rd?

24    A     More than likely, I met him there -- but I

25 just don't recall it -- because that's the only time I

PATRICIA BACHHOFER
PATRICIA BACHHOFER v. G. PAUL KULA, M.D.

Page 196

1    A    Yes.

2    Q    Right?

3         But any other occasions you remember Dr. Kula

4    calling you at home?

5    A    None.

6    Q    Okay.

7    A    I don't think he ever called me at home.

8    Q    So if he didn't call you at home and you

9    didn't have a cell phone, can we safely assume you

10   called Dr. Kula on January 3rd?

11   A    Yes.

12   Q    And do you know what the -- the only reason

13   you'd be calling him would be to see if he wanted to

14   get together and meet you at the Motel 6 on January

15   3rd.

16        Would there be any other reason you'd be

17   calling him?

18   A    I don't know.

19   Q    Can you think of any other legitimate reason,

20   knowing now that we have your motel receipt for that

21   date?

22   A    Not unless I was just feeling depressed.  But

23   I can't give you a good answer on it because I don't

24   know.

25   Q    Okay.

Page 199

1  look, it's Room 119, I believe.  I asked for 118 and

2  somebody had already checked in.  Or maybe it was 118.

3       Q    Let's talk about your therapy session in his

4  office first.

5       A    Okay.

6       Q    Did you have the standard routine therapy

7  session on January 15th?

8       A    Yes, I did.

9       Q    Okay.  Nothing unusual or inappropriate

10  happened during that therapy session?

11       A    Just the normal kiss and hug and --

12       Q    And that was at the end of the session?

13       A    And that was at the end of every session,

14  yes.

15       Q    Okay.  Other than that, do you remember any

16  specifics that were discussed on January 15th, during

17  the therapy session?

18       A    No.  Not to my knowledge right now, no, I

19  don't remember.

20       Q    Okay.  Dr. Kula writes, in his January 15th,

21  '01, note, that you're doing okay on your medications.

22            Is that your -- do you agree with that?

23       A    I don't -- no, I don't remember how I was

24  doing on my meds.

25            MR. WATTS:  Again, we don't think that

Page 203

1    A    No, I don't.

2    Q    And how long was it before Dr. Kula arrived?

3    A    I don't have any idea.

4    Q    How long did Dr. Kula stay at the Motel 6 on

5    January 15th?

6    A    I don't know.  I left before he did.

7    Q    Why did you leave before he did?

8    A    I had this weird feeling that it would be the

9    last time that I would be seeing him.  And I told him

10   that I wasn't going to be the last one to leave, that I

11   was going to leave first, and so I left.

12   Q    So why did you think it was the last time you

13   were going to be seeing him?  Because he was moving?

14   A    No.  I just had a -- I guess the old cliche,

15   woman's intuition, but I just felt deep down that I

16   wasn't going to see him again.

17   Q    So was it before lunch or after lunch that

18   Dr. Kula met you at this motel on January 15th?

19   A    I don't remember.

20   Q    Did Dr. Kula receive any phone calls on

21   January 15th, while he was there at the motel with you?

22   A    Yes, he did.

23   Q    Who did he receive a phone call from?

24        On his cell phone?

25   A    On his cell phone.

Page 204

1    Q    Did he answer it?

2    A    Yes, he did.

3    Q    Who was it?

4    A    It was his secretary, J.R.

5    Q    How do you know it was J.R.?  He told you

6    or --

7    A    No.  He picked it up and looked at it and

8    said the number to me.  And I said, that's the office

9    number.  And when he was talking to her, he called her

10   J.R.

11   Q    Were you in bed with him at that point, when

12   the phone rang?

13   A    Yes.

14   Q    So he said, "That's J.R.," and he answered it

15   and --

16   A    Yes.

17   Q    What did you hear?

18   A    Well, what I gathered from the phone call was

19   that his wife had called and that he needed to call his

20   wife at home.

21   Q    Okay.  So it was a very brief conference with

22   J.R. and him?

23   A    Yes.

24   Q    Less than a minute?

25   A    I don't know how long it was.  I don't even

Page 205

1   want to guess.

2       Q    Did he hang right up and then directly call

3   his wife?

4       A    He waited a few minutes and then called his

5   wife.

6       Q    From his cell phone?

7       A    From his cell phone.

8       Q    I guess you heard his end of the

9   conversation?

10      A    Yes, sir.

11      Q    What did he say to her?

12      A    Can I give you a summary?

13      Q    Yes.

14      A    Okay.  Well, he -- what it boiled down to was

15  the fact that -- something about her wanting to go to

16  her mother's in Missouri, and that it was his

17  daughter's birthday and he was supposed to pick up a

18  cake somewhere.  And she wanted to know how long it

19  would be before he got home.

20           And I just kind of tuned them out then.  And

21  they talked for a few minutes and he hung up and -- and

22  I got ready to leave.

23      Q    Okay.  So you heard Dr. Kula say something

24  that -- on January 15th, it was his daughter's birthday

25  and --

Page 206

1   A    Yes.  He was supposed to pick up a cake and

2   so...

3   Q    Okay.  Anything else you remember about that

4   phone conference on January 15th?

5   A    Not about the phone conference, I don't.

6   Q    Okay.  What else do you remember about the

7   encounter at the motel that day, January 15th, that you

8   haven't told me about?

9   A    Okay.  I remember -- this is very

10  embarrassing.  But I remember we were making love and

11  he was trying to make me have an orgasm, and I was on

12  top and he was on bottom, and he said there was a

13  certain area up inside the woman that the penis could

14  stimulate to have an orgasm, but the problem was he

15  couldn't keep an erection.

16  Q    Was that the only time that ever happened,

17  was on January 15th?

18  A    That he couldn't keep an erection?

19  Q    Yes.

20  A    No.  It happened three other times.

21  Q    So every time except for once, at the motel?

22  A    Every time but twice.  We were in the motel

23  room five times.

24  Q    Okay.  So it happened three times, total?

25  A    Yes.

Page 207

1    Q    Anything else you remember him saying or him

2    doing or that you recall about this January 15th, '01,

3    encounter?

4    A    No, sir.  There's no other.  Not that I

5    recollect right now.

6    Q    Was this January 15th, '01, the only time

7    that Dr. Kula ever received a phone call while he was

8    at the motel with you?

9    A    Yes, sir.

10    Q    Was that the only day he ever made any phone

11   calls from his cell phone, while he was at the motels?

12    A    That I know of, yes.

13    Q    Well, you would have known if he was making

14   calls from the motel, wouldn't you, unless he was

15   making them in the bathroom?

16    A    Unless I was in the bathroom, you know.

17    Q    So did he stay about two hours on January

18   15th, at the motel?

19    A    I don't know, because I left first.  I don't

20   know how long he stayed after I left.

21    Q    How long did you stay that day?

22    A    I don't remember.

23    Q    At least two hours?

24    A    I don't know.  After the phone call, I left.

25    Q    Okay.  And that was the last time you ever

Page 208

1    rented a motel room with Dr. Kula?

2         A    Yes, sir.

3         Q    Did he give you any money for that motel room

4    on January 15th?

5         A    Yes, he did.  He give me $20.

6         Q    So did he give you $20 every time that you

7    ever rented a room?

8         A    No.

9         Q    When did he --

10        A    He did not pay for the Days Inn room at all.

11        Q    Any reason?

12        A    He was mad at me.

13        Q    So he just didn't ever offer to give you any

14   money?

15        A    No, sir, he didn't.

16        Q    It looks like the next office visit you had

17   with Dr. Kula was January 26, '01.

18             Was that in his office in Ardmore?

19        A    I don't -- I don't remember.

20        Q    Did you ever visit him in Norman?

21        A    Yes.  Once, February the 9th.

22        Q    Okay.  So if you saw him on January 26th,

23   then it would have been the one in Norman.

24        A    In Norman.

25        Q    Do you remember anything specific about the

Page 209

1   therapy session you had with Dr. Kula on January 26th?

2   Which was a Friday.

3        A.   No, sir, I don't.

4        Q    Did anything unusual happen in that therapy

5   session on January 26th?

6        A    Just the normal hug and kiss.

7        Q    And that happened at the end of the session,

8   like you described before?

9        A    Yes.

10        Q    You hugged and kissed him back?

11        A    Yes, I did.

12        Q    Dr. Kula states in his January 26th, '01,

13   note that "She had been calling me repeatedly, just

14   wanting to talk, and I told her this isn't how it

15   works."

16             Had you been calling Dr. Kula repeatedly?

17        A    Not that I recall.

18        Q    So had you called Dr. Kula between January

19   15th, '01, when you saw him at Motel 6, and your next

20   office visit on January 26th of '01?

21        A    Honestly, I don't remember making any calls.

22        Q    Okay.  You hadn't called his office between

23   that time frame?

24        A    No.

25        Q    Just that one time?

Page 210

1     A     Just that one time.

2     Q     Okay.

3     A     But I cannot honestly -- I just -- I just

4  don't remember.

5     Q     So it's possible you'd been calling

6  repeatedly and you wouldn't remember that?

7     A     I didn't call him repeatedly.

8     Q     Well, that's what I'm asking you.

9     A     Oh, I'm sorry.  I'm just -- I must be getting

10  tired.

11          No, I did not call him repeatedly; but yes, I

12  may have called him once or twice.

13     Q     You may have called him once or twice, but

14  not repeatedly?

15     A     Correct.

16     Q     And he also states, "She's somewhat angry

17  over the fact that I'm moving."

18          Is that true?

19     A     No.

20     Q     You weren't angry?

21     A     I wasn't angry.  I just -- like I said

22  earlier, you know, I have to find another doctor that's

23  willing to give me the medication, and that's very

24  difficult to do and it makes you a little nervous.

25     Q     And he states, "She said that every doctor

**PATRICIA BACHHOFER**
PATRICIA BACHHOFER v. G. PAUL KULA, M.D.

Page 211

1   that she has ever had moves to get away from her."

2            Did you tell Dr. Kula that?

3       A    No, sir, I didn't.

4       Q    Did you talk to Dr. Kula between January 26th

5   and the time you saw him in Norman on February 9th?

6       A    I do not recollect.  I don't know.

7       Q    Did you make any calls to him during that

8   time frame?

9       A    I don't remember.  I really don't.

10      Q    You drove up to Norman on February 9th?

11      A    Yes, sir, I did.

12      Q    That was for a therapy session?

13      A    Yes, sir, I did.

14      Q    Was that the last therapy session you ever

15  had with Dr. Kula?

16      A    Yes, sir, it is.

17      Q    Tell me what you remember about that February

18  9th session.

19      A    I'm having an anxiety attack.

20      Q    Do we want to take a break?

21      A    Huh-uh.

22           MR. WATTS:  Take a break if you need to.

23  Do you want to just relax for a couple of minutes?  Why

24  don't we do that.

25           THE WITNESS:  Well, I want to get this

Page 212

1    over with.

2                    MR. WATTS:   Let's take a break for a

3    minute.

4                    (Short break)

5        Q    (By Mr. McMillin)   Okay.   I think you were

6    going to tell me about what you remember about this

7    February 9th, '01, office visit with Dr. Kula, in

8    Norman.

9        A    Okay.   When I went in there, he was very

10   distant.   His office was set up much like the one in

11   Ardmore.

12                  We got to talking and he told me that he

13   couldn't see me anymore and that I was trash and that I

14   was beneath him, if I were in his place, would I want

15   to marry a blue collar worker or be with a blue collar

16   worker.

17                  And I told him if I loved that person, yes, I

18   would.   If I was a lawyer or doctor, whatever, yes, I

19   would marry a blue collar worker.   There's nothing

20   wrong with that.   And he told me that he was superior

21   to me, that I was beneath him.

22                  I was very hurt.   I had become more involved

23   than what I thought I had.

24                  And he told me that his wife lived in Norman

25   now and he didn't care if she caught him or not, that

Page 213

1    if he got a divorce from her, that it didn't matter,

2    that he would -- he wouldn't get married again anyway,

3    but that he couldn't be with me because I was beneath

4    what he was.

5         Q    You weren't wanting to get involved in a

6    permanent relationship with Dr. Kula, were you?

7         A    No.

8         Q    You were married, yourself.

9         A    Right.

10        Q    Anything else you remember Dr. Kula telling

11   you on February 9th?

12        A    Not that I recall.  You know, just that --

13   just what I told you, that I would -- I guess I'm going

14   to repeat this.  Just that I was beneath him, you know,

15   that I didn't meet his standards.

16        Q    So up until February 9th of '01, Dr. Kula had

17   always been nice to you and courteous to you and never

18   said anything mean to you, up until that point.

19             Is that true?

20        A    That's true.

21        Q    Okay.  And so then you noticed something

22   different on February 9th, where he was saying things

23   to you for the first time, that hurt your feelings?

24        A    Oh, yes.

25        Q    Is that the first time --

Page 214

1    A    That's the first time he -- besides being

2  angry -- you know, that upset me.  But this was so

3  hurtful that I had to sit in my car -- and I don't know

4  how long I sat in my car -- and I cried.

5    Q    Now, did all this come out at the end of the

6  therapy session?

7    A    No.  That was the whole session, him

8  explaining to me why he couldn't see me anymore and --

9    Q    Did he say he couldn't see you anymore as a

10  patient or just in a personal relationship?

11    A    Just in a personal relationship.

12    Q    Okay.  Did you tell him you thought that he

13  had abandoned you by moving to Norman?

14    A    No, sir.  Not that I recollect.

15    Q    Did you schedule an appointment before you

16  left, to come back and see him on -- let's see -- did

17  you come back for the next appointment on February 23rd

18  of '01?

19    A    No, sir, I didn't.

20    Q    You never had any appointments with Dr. Kula

21  after February 9th of '01?

22    A    No, sir.

23    Q    So do you know why his record shows an

24  appointment February 23rd, and it shows canceled?

25    A    I made the appointments but I never showed up

Page 230

1      MR. WATTS:  He didn't ask you why.  He

2   just asked you what was his take on it.  What did your

3   husband say?

4      THE WITNESS:  Well, that's what I was

5   fixing to tell.

6      MR. WATTS:  Okay.  I'm sorry.  I'm sorry.

7   Go ahead.

8      THE WITNESS:  No.  I may be saying the

9   wrong thing.

10      Q     (By Mr. McMillin)  That's essentially what I

11   want to know.  What -- what --

12      A     What my husband said?

13      Q     Yeah.

14      A     He told me that he would support me in

15   anything I decided to do, and that the best thing to do

16   would be to try to prevent this from happening to any

17   other woman that has disorders or disabilities worse

18   than I do.

19      Q     Okay.  Now, you knew what you were doing when

20   you were having an affair with Dr. Kula, though, didn't

21   you?

22      A     I do now.

23      Q     Well --

24      A     I didn't then.

25      Q     Oh.  So when you met him at the motel on

Page 231

1  these five times, you're telling us under oath that you

2  didn't know you were having an extramarital affair with

3  a man you weren't married to?

4       A    Oh.  No.  I knew I was doing it.

5       Q    Okay.  So you're telling us under oath --

6            MR. WATTS:  Let her finish.

7            Go ahead.

8            THE WITNESS:  I'm trying to explain.  At

9  that time in my life, I was low self-esteem, no

10  confidence, my husband and I were not getting along.

11  Dr. Kula gave me the attention that I needed.  He

12  offered himself to me to make my marriage better by

13  having an affair, and that's why I did it.

14            I look back now and I know and I see how

15  wrong it was; but then I could not see it.  All I could

16  see was this man cares for me, he thinks I'm beautiful,

17  he builds my self-esteem, my self-confidence.

18       Q    (By Mr. McMillin)  But you knew your having

19  an affair was wrong, didn't you?

20       A    Well, I did.  I'm not going to say I didn't.

21  I did.  But he gave me what I needed, that I didn't get

22  at home.

23            Do you understand?

24       Q    I understand what you're saying, yes.

25       A    Okay.  Thank you.

Page 257

1    lost with me.

2         Q    I think you testified at that licensure

3    hearing, or maybe it was in your prior hearing, the

4    time you went to Days Inn, you splurged on a king-size

5    bed?

6         A    Yes.

7         Q    Was the king-size bed room -- did it cost

8    more than the other rooms there at the Days Inn?

9         A    I don't know.  I didn't ask.

10        Q    Now, all the sexual contact and sexual

11   relationship you had with Dr. Kula were all consensual;

12   is that right?

13        A    Yes.

14        Q    And I understand you accept part of the blame

15   for having an affair with Dr. Kula, don't you?

16        A    Yes, I do.

17        Q    Were you in any way delusional at any time

18   that you were seeing Dr. Kula?

19        A    No, I wasn't.

20             MR. WATTS:  I'm going to object to the

21   form of that as calling for a medical conclusion.

22        Q    (By Mr. McMillin)  Did you ever tell Dr. Kula

23   that your biggest fear was that he would move away?

24        A    Excuse me?

25        Q    Did you ever tell Dr. Kula that one of your